**Motion Granted; Abatement Order filed February 20, 2014.**



In The

# Fourteenth Court of Appeals

———————

NO.  14-13-00898-CV

———————

**GARY NEUS, LIQUIDATING TRUSTEE OF THE TRANSMERIDIAN EXPLORATION LIQUIDATING TRUST, Appellant**

**V.**

**DINGO DRILLING, INC. AND MIKE HUSSER, INDIVIDUALLY AND D/B/A OILFIELD TOOLS.NET, Appellee**

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-68079**

## ABATEMENT ORDER

On February 18, 2014, the parties notified this court that they had reached an agreement to settle the issues on appeal, and they requested that the briefing schedule be extended to allow them to complete the terms of the settlement. The motion is granted. Accordingly, we issue the following order.

The appeal is **ABATED**, treated as a closed case, and removed from this court's active docket until **March 21, 2014.** The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.


PER CURIAM